D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack,
Plaintiff and Trustee of the LPG Liquidation Trust

FILED & ENTERED

MAY 14 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8:25-ap-01043-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>INLANE INC, a New York Corporation, and DOES 1 through 20, inclusive,<br><br>Defendant(s). | ORDER CONTINUING STATUS CONFERENCE<br><br>Original Status Conference<br>Date:  May 28, 2025<br>Time:  10:00 a.m.<br><br>Continued Status Conference<br>Date:  February 5, 2026<br>Time:  1:30 p.m.<br>Place: Courtroom 5C – In-person<br>            411 W. Fourth Street<br>            Santa Ana, CA 92701 |

As set forth in the Order Establishing Streamlined Procedures Governing Adversary Proceedings [Docket No. 2406] (the "Order") entered on April 28, 2025, the status conference in the above-entitled matter is continued to February 5, 2026, at 1:30 p.m. The status conference set forth in the summons is vacated.

///

///

1

1 | The last day to file a joint status report is January 22, 2026.

2 | **IT IS SO ORDERED.**

3 | ###

23 | 

Date: May 14, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2