D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack,
Plaintiff and Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**NOV 04 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | Adv. No. 8:25-ap-01043-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust, | ORDER APPROVING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING AND TO VACATE ALL DATES AND DEADLINES |
| Plaintiff, | |
| vs. | [STIPULATION – DOCKET NO. 14] |
| INLANE INC, a New York Corporation; and DOES 1 through 20, inclusive, | |
| Defendant(s). | |

The Court has read and considered the *Stipulation for Dismissal of Adversary Proceeding and to Vacate all Dates and Deadlines* ("Stipulation")[1] entered into between plaintiff, Richard A. Marshack, Trustee of the LPG Liquidation Trust ("Plaintiff"), and defendant, Inlane Inc, a New York Corporation ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), filed on November 3, 2025, as Dk. No. 14, and has found good cause to approve the Stipulation.

---

[1] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

1

4936-7824-3702,v.1

IT IS ORDERED:

1. The Stipulation is approved in its entirety.

2. This Adversary Proceeding is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

3. The Status Conference currently set for February 5, 2026, is vacated and no appearances will be necessary.

4. All Dates and Deadlines are vacated.

5. The Parties shall bear their own attorneys' fees and costs incurred in connection with the Adversary Proceeding.

###

Date: November 4, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2

4936-7824-3702,v.1